AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 0 7 2017
MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 17mj2008 |
| Dulce Isabel RAMOS-BURCIAGA | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/4/2017  in the county of  Bernalillo  in the  Judicial  District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than one kilogram of heroin with intent to distribute |

This criminal complaint is based on these facts:

      ***   SEE ATTACHED AFFIDAVIT   ***

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Jarrell W. Perry, Special Agent
Printed name and title

Sworn to before me and signed in my presence.
Date:  8/5/2017  ~~8/6/2017~~

City and state:  Albuquerque, New Mexico

_____
Judge's signature
William P. Lynch
Printed name and title

**AFFIDAVIT**

On August 4, 2017, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry, DEA S/A Larry Pantoja and DEA S/A David Nutley were at the Greyhound Bus Station in Albuquerque, New Mexico to check the eastbound Greyhound bus during its normal layover in Albuquerque, New Mexico.

S/A Perry approached a female, later identified as Dulce Isabel RAMOS-BURCIAGA, who was sitting inside of the Greyhound Bus Station. S/A Perry displayed his DEA badge to RAMOS-BURCIAGA, identified himself as a police officer to RAMOS-BURCIAGA, asked for and received permission to speak with RAMOS-BURCIAGA. After a short conversation about her travel, S/A Perry asked RAMOS-BURCIAGA if she had any luggage with her. RAMOS-BURCIAGA identified a black colored backpack that was lying over her shoulders and on her upper back as belonging to her.

S/A Perry asked for permission from RAMOS-BURCIAGA to search her black colored backpack for contraband. RAMOS-BURCIAGA did not answer the question. S/A Perry asked RAMOS-BURCIAGA if she would open up her black backpack and show S/A Perry the contents. RAMOS-BURCIAGA voluntarily removed the black backpack from her upper back, unzipped it and began to move articles around inside very quickly. S/A Perry asked RAMOS-BURCIAGA if she could remove the articles from inside her black backpack to reveal the bottom. RAMOS-BURCIAGA voluntarily moved a pink colored makeup case around and S/A Perry observed the top portion of a black electrical taped bundle that was oblong in shape. S/A Perry immediately knew from his experience that the black electrical tape, oblong shaped bundle was consistent with illegal narcotics.

S/A Perry handcuffed RAMOS-BURCIAGA, thus placing her under arrest. RAMOS-BURCIAGA was transported to the DEA Albuquerque District Office (ADO), along with her personal property. At the DEA ADO, S/A Perry, S/A Pantoja and S/A Nutley conducted a thorough search of RAMOS-BURCIAGA's black colored backpack and removed a total of two black electrical taped, oblong shaped bundles from inside. S/A

Perry and S/A Pantoja weighed the two bundles, for a total weight of approximately 1.40 gross kilograms (3.136 gross pounds). S/A Pantoja cut into both bundles, which revealed a brown colored powdery substance that field-tested positive for the presence of heroin.

S/A Perry knew that based upon his training and experience that this amount is an amount that is consistent with distribution rather than personal use.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

Jarrell W. Perry
Special Agent
Drug Enforcement Administration

United States Magistrate Judge