

# UNITED STATES ATTORNEY'S OFFICE
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE, NEW MEXICO

### Dulce Isabel Ramos Burciaga
### Interview
### August 4, 2017
### 11:33

## Participants:

| | |
|---|---|
| Dulce Isabel Ramos Burciaga | DIR |
| DEA Special Agent Larry Pantoja (Lorenzo) | LP |
| DEA Special Agent David Nutley | DN |

## Key:

| | |
|---|---|
| Unintelligible | UI |
| Ininteligible | II |
| Inaudible | IA |
| Phonetic | ph |
| Fonético | f |

Conversation transcribed as spoken

Transcribed and Translated by: L.S. NIV USANM

| | | |
|---|---|---|
| -Ruidos- | | -Noises- |
| LP: | (UI) | (UI) |
| DN: | It is. | |
| LP: | Okay. Dulce, can I call you Dulce? Is that okay? Or Isabel? Which one do you prefer? ¿Cuál nombre prefiere? | Okay. Dulce, can I call you Dulce? Is that okay? Or Isabel? Which one do you prefer? Which name do you prefer? |
| DIR: | Dulce. | Dulce. |
| LP: | Okay. ¿Entiende inglés también? | Okay. Do you understand English too? |
| DIR: | Poquito. | A little bit. |
| LP: | ¿Poquito? Okey, yo soy Lorenzo. Soy un agente, agente con el DEA, DEA y (II) también. Okay. Today is August 4th, uh, 2017. The time is 11:33. Uh, present in the room is Special Agent Larry Pantoja, Special Agent uh, Special Agent David Nutley and…¿puede decir tu nombre? | A little bit? Okay, I'm Lorenzo. I'm an agent, agent with DEA, DEA and (UI) too. Okay. Today is August 4th, uh, 2017. The time is 11:33. Uh, present in the room is Special Agent Larry Pantoja, Special Agent uh, Special Agent David Nutley and…can you say your name? |
| DIR: | Dulce Ramos. | Dulce Ramos. |
| LP: | Tu, tu nombre completo. | Your, your full name. |
| DIR: | Dulce Isabel Ramos Burciaga. | Dulce Isabel Ramos Burciaga. |

| | | |
|---|---|---|
| LP: | Okay. Uhm, we're gonna, va, vamos a, nosotros vamos a hacer un interview ah, lo que, lo que pasó en el tr, en el bus hoy día, or esta noche. Ah, antes que em, empiece te quiero preguntar, cuando ahm, paró el otro policía "J", te estaba hablando en inglés, ¿tú entendía todo lo que te 'taba diciendo? Porque yo oí que tú 'tabas hablando con él. | Okay. Uhm, we're gonna, w, were going to, we are going to do an interview uh, what, what happened on the tr, on the bus today or tonight. Uh, before I st, start, I want to ask you, when uhm, "J", the other officer stopped you, he was speaking to you in English. Did you understand everything he was telling you? Because I heard you talking to him. |
| DIR: | M, más o menos. | M, more or less. |
| LP: | Okay. The, the question was asked uh, if she understood everything that "J" was asking her uh, in English uh, at, at the bus station and I told her that uhm, from me listening, it seemed like she was having conversation, understanding. Uhm… Cuando tú dices más o menos, ¿entendiste todo cuando él te preguntó ah, por permiso para mirar tu bol, ah, revisar tu bolsa? | Okay. The, the question was asked uh, if she understood everything that "J" was asking her uh, in English uh, at, at the bus station and I told her that uhm, from me listening, it seemed like she was having conversation, understanding. Uhm… When you say more or less, did you understand everything when he asked you uh, for permission to look at your pur, uh, search your purse? |
| DIR: | Mjm. | Mh-hm. |
| LP: | So I asked her if she understood when "J" asked her uh, for permission uh, to search her bag and she said yes. Ah, ¿so | So I asked her if she understood when "J" asked her uh, for permission uh, to search her bag and she said yes. Uh, so you |

|  |  |
|---|---|
| entendiste…todo lo que te 'taba d, ah, hablando? | understood…everything that he was s, uh, talking? |
| DIR:   Sí, más o menos. | Yes, more or less. |
| LP:   Okay.  So she said yes, she understood what "J" was asking.  Uhm…  Do you have a spare uhm…? | |
| DN:   Yeah.  What, do we have one of the sheets or do we need one? | |
| LP:   He could not find one he said. | |
| DN:   I have one. | |
| LP:   All right. | |
| DN:   Let's just hold off so I can get it. | |
| LP:   Okay. | |
| -Bips, ruidos- | -Beeps, noises- |
| LP:   I thought there were some upstairs so he can… | |
| DN:   Yeah, I have some. | |
| LP:   Okay. | |

| | | | |
|---|---|---|---|
| -Pausa en la conversación- | | -Pause in the conversation- | |
| LP: | Él no entiende español, so tengo decir todo…en inglés también. | | He doesn't understand Spanish, so I have to say everything…in English too. |
| DIR: | ¡Ay, (II)! | | Oh, (UI)! |
| LP: | Te voy, so él puede entender también, te voy a hablar en español y inglés pa' que pueda entender. | | I'm going to, so he can also understand, I'm going to talk to you in Spanish and English so he can understand. |
| DIR: | (Suspirando) | | (Sighing) |
| LP: | Si tú no entiende, párame. Si yo hablo inglés y no me entiende, párame y te digo en español, ¿okey? | | If you don't understand, stop me. If I speak English and you don't understand me, stop me and I'll say it to you in Spanish, okay? |
| DIR: | ¿Puedo hacer una llamada? | | Can I make a call? |
| LP: | Sí, ah…te vamos a dejar hacer una llamada cuando terminemos de aquí. Ahm, y no sé si yo o (II) te va a llevar a…otro lugar maybe como dos, dos horas ma', ma' o menos, no sé. Tengo que esperar a, al otro, "J" (II) lo que te 'taba hablando en el, en el bus. Ahm…pero cuando nosotros te llevamos, tú puedes usar el teléfono, pero ahora mismo, no. | | Yes, uh…we're going to let you make a call once we finish here. Uhm, I don't know if I or (UI) is going to take you to…another place maybe like two, two hours more, more or less, I don't know. I have to wait for, for the other, "J" (UI) was talking to you at, at the bus. Uhm…but you can use the phone once we take you, not right now. |

| | |
|---|---|
| DIR: Pero no me sé los números de teléfono. ¿Puedo ver mi teléfono? ¿Sacar números de mi teléfono? | But I don't know the phone numbers. Can I see my phone? Get numbers out of my phone? |
| LP: ¿Ese es tu teléfono? Okey. Antes que te, antes que te puedo preguntar, tener…está cogiendo un papel pa'…ah, decirte tu derecho. 'Orita… Adverta, ah, adver (II) ah, advise you of your rights, tus derecho. | Is that your phone? Okay. Before I, before I can ask you, have…he's getting a paper to…uh, tell you your rights. Right now… Advi, uh, advi (UI), uh, advise you of your rights, your right. |
| -Pausa en la conversación- | -Pause in the conversation- |
| -Contador 5.07- | -Meter 5.07- |
| DIR: ¿Hay manera de que no me encierren? | Is there a way for me not to be locked up? |
| LP: ¿Dime? | What was that? |
| DIR: ¿Hay manera de que no me encierren? | Is there a way for me not to be locked up? |
| LP: No, yo no creo. | No, I don't think so. |
| -Bips, ruidos- | -Beeps, noises- |
| LP: ¿Puedes leer en español? | Can you read in Spanish? |
| DIR: ¿Todo? | All of it? |

| | | | |
|---|---|---|---|
| LP: | Por… | | For… |
| DIR: | ¿En voz alta o lo…? | | Out loud or…? |
| LP: | No, mí, tú… | | No, I, you… |
| DIR: | ¿S, para mí? Si… | | S, to myself? Yes… |
| LP: | ¿Tú entiendes? ¿Tú puedes leer en español? Okey, te voy a leer… Yo, yo lo voy a decir y tú puede leer. Okey. Adverte, advertencia de derecho. Antes que hacer cualquier pregunta, usted tiene que entender sus derechos. Usted tiene el derecho de permanecer en selen, en selencio. Cualquier cosa que usted diga, puede ser usada en, en su contra ante un tribunal. Antes de, de hacer cualquier pregunta, usted tiene derecho de consultar con un abogado. Usted tiene derecho de tener un abogado presente durante el enterrogatorio. De no poder pagar los servicios de un abogado, si usted lo desea, se le nombrará uno antes de hacer cualquier pregunta. ¿Has entendido sus derechos? | | Do you understand? Can you read in Spanish? Okay, I'm going to read to you… I'm, I'm going to say it and you can read. Okay. Noti, Notice of Rights. Before asking any questions you must understand your rights. You have the right to remain sel, in silence. Anything you say can be used ag, against you in court. Before, before asking you any questions, you have the right to consult with an attorney. You have the right to have an attorney present during questioning. If you can't pay the services of an attorney, one will be appointed to you before asking any questions if you so desire. Have you understood your rights? |
| DIR: | Mjm. | | Mh-hm. |

| | | |
|---|---|---|
| LP: | ¿Estás despue, ah, despuesto a contestar algunas preguntas? | Are you wil, uh, willing to answer some questions? |
| DIR: | Mmmm…con mi abogado. | Mmmm…with my attorney. |
| LP: | ¿Con tu abogado? | With your attorney? |
| DIR: | Mjm. | Mh-hm. |
| LP: | Okey.  She says she understands her rights and uh, she's willing to answer questions with her lawyer present. | Okay.  She says she understands her rights and uh, she's willing to answer questions with her lawyer present. |
| DN: | Okay. | Okay. |
| LP: | So, should we just have her sign it or… | |
| DN: | No. | |
| LP: | …just (UI)?  No?  Okay. | |
| DN: | All set. | |
| LP: | Okey, so si quiere tu abogado…  I'm just tellin' her.  She wants a lawyer ah, nosotros no, no…ya lo vamos a parar.  No te podemos preguntar nada so vamos a pararlo ahora mismo, ¿okey?  Okay, so I'm just tellin' her we can't ask her | Okay, if you want your attorney…  I'm just tellin' her.  She wants a lawyer uh, we're not, not…we are going to stop it.  We can't ask you anything so we're going to stop it right now, okay?   Okay, so I'm just tellin' her we can't ask her anymore questions an we're gonna stop the interview now. |

| | | |
|---|---|---|
| | anymore questions and we're gonna stop the interview now. | |
| DN: | Okay. | |
| LP: | Uhm, ask her this or…? | |
| DN: | Yeah, sure. | |
| LP: | ¿Me da permiso a…mirar tu te, tu teléfono? | Will you give me permission to…look at your te, your phone? |
| DIR: | No. | No. |
| LP: | ¿No? Okey. (UI) the phone. Okay, that's it. | No? Okay. (UI) the phone. Okay, that's it. |
| | -Ruidos- | -Noises- |
| LP: | Te vamos a poner en ese cuarto donde estaba ante y después nos vamos como…maybe se a demorar como dos horas… | We are going to put you in the room that you were in before and then we'll leave in about…maybe it'll take like two hours… |
| | -Grabación termina abruptamente- | -Recording ends abruptly- |