U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 7

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: Jarrell W Perry, SA  At: ALBUQUERQUE, NM DISTRICT OFFICE (ASAC #3) | ☒ ☐ ☐ ☐ ☐ | 6. File Title  RAMOS-BURCIAGA, Dulce Isabel | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  08-05-2017 | |

9. Other Officers: See WITNESS Section

10. Report Re: Summary Report: Arrest of RAMOS-BURCIAGA and seizure of Exhibit 1 (1.40 gkgs of heroin) along with acquisition of Ex. N-1 through N-3 on 08-04-2017

**DEFENDANTS**

DULCE ISABEL RAMOS-BURCIAGA, D.O.B. ▨▨▨▨ 1988, Place of Birth: Juarez, Chihuahua, Mexico, Address: ▨▨▨▨ Glendale, Arizona 85301

**VIOLATIONS**

POSSESSION OF OVER ONE KILOGRAM OF HEROIN WITH INTENT TO DISTRIBUTE 21 USC 841(a)(1),(b)(1)(A)

**JUDICIAL DISTRICT**

NEW MEXICO

**DATE/TIME/PLACE**

Friday, August 4, 2017, at approximately 10:00 p.m., Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico 87102

**EXHIBITS**

**DRUG**

1. Exhibit 1: Two black electrical taped, oblong shaped bundles further containing a brown colored substance, believed to be heroin, which weighed approximately 1.40 gross kilograms. Exhibit 1 was seized from

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  /s/ Jarrell W Perry, SA | 13. Date  08-05-2017 |
|---|---|---|
| | 14. Approved (Name and Title)  Jeffrey A Simms, Acting GS | 15. Date |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**DEFENDANT'S EXHIBIT A**

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title RAMOS-BURCIAGA, Dulce Isabel | |
| 4. Page 2 of 7 | | |
| 5. Program Code | 6. Date Prepared 08-05-2017 | |

RAMOS-BURCIAGA by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on August 4, 2017. S/A Perry, S/A Pantoja and S/A Nutley transported Exhibit 1 to the DEA ADO, where Exhibit 1 was photographed, weighed and field-tested. Exhibit 1 was processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

**NON-DRUG**

1. Exhibit N-1: Various Greyhound Bus tickets that were obtained from RAMOS-BURCIAGA by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on August 4, 2017. S/A Perry, witnessed by TFO Campos, maintained custody of Exhibit N-1 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.
2. Exhibit N-2: One black colored backpack containing various makeup with attached neck pillow that was obtained from RAMOS-BURCIAGA by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on August 4, 2017. S/A Perry, witnessed by TFO Campos, maintained custody of Exhibit N-2 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.
3. Exhibit N-3: One cellular telephone that was obtained from RAMOS-BURCIAGA by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on August 4, 2017. S/A Perry, witnessed by TFO Campos, maintained custody of Exhibit N-3 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.

**DEFENDANTS**

Dulce Isabel RAMOS-BURCIAGA was arrested in Albuquerque, New Mexico on August 4, 2017 in possession of approximately 1.40 gross kilograms of heroin. RAMOS-BURCIAGA is being charged on the federal level in the District of New Mexico and appeared for her initial appearance on August 7, 2017.

**WITNESSES**

Drug Enforcement Administration Special Agent Jarrell W. Perry

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Dulce Isabel Ramos-Burciaga 2

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title<br>RAMOS-BURCIAGA, Dulce Isabel | |
| 4. Page 3 of 7 | | |
| 5. Program Code | 6. Date Prepared<br>08-05-2017 | |

Drug Enforcement Administration Special Agent Larry Pantoja

Drug Enforcement Administration Special Agent David Nutley

## DETAILS

1. On Friday, August 4, 2017, S/A Perry, S/A Pantoja and S/A Nutley were at the Greyhound Bus Station in Albuquerque, New Mexico to check the eastbound Greyhound Bus that makes a regularly scheduled stop in Albuquerque, New Mexico and is scheduled to arrive in Albuquerque, New Mexico at 9:35 p.m. and depart at 11:15 p.m.
2. S/A Perry observed that passengers deboard the bus and observed a female, later identified as Dulce Isabel RAMOS-BURCIAGA, walk off of the bus with a black colored backpack lying over her shoulders and on her upper back and also rolling a black colored suitcase that RAMOS-BURCIAGA had obtained from underneath of the bus as checked in luggage. S/A Perry observed RAMOS-BURCIAGA walk underneath of the sheltered area towards the front of the Greyhound Bus Station.
3. A few minutes later, S/A Perry entered the Greyhound Bus Station and observed RAMOS-BURCIAGA sitting inside of the Greyhound Bus Station near the front ticket counter. S/A Perry exited the Greyhound Bus Station and walked outside. A few minutes later, S/A Perry reentered the Greyhound Bus Station and observed RAMOS-BURCIAGA sitting at a video game by the food court area. S/A Perry observed that RAMOS-BURCIAGA still had the black backpack on her upper back and did not see the black suitcase that she earlier had in her possession.
4. S/A Perry approached RAMOS-BURCIAGA and said, "Hello ma'am, how are you doing today?" RAMOS-BURCIAGA looked at S/A Perry. S/A Perry displayed his DEA badge to RAMOS-BURCIAGA, identified himself as a police officer to RAMOS-BURCIAGA and RAMOS-BURCIAGA said, "Uh-huh." S/A Perry informed RAMOS-BURCIAGA that S/A Perry checks the bus station for security and asked RAMOS-BURCIAGA for permission to speak with her. RAMOS-BURCIAGA said, "Uh, yeah." S/A Perry asked RAMOS-BURCIAGA if she spoke English o.k. and RAMOS-BURCIAGA said, "Yeah." S/A Perry again asked RAMOS-BURCIAGA for permission to speak with her and RAMOS-BURCIAGA said, "Yeah, sure." S/A Perry asked RAMOS-BURCIAGA if she was traveling on the bus tonight and RAMOS-BURCIAGA said, "Yes." S/A Perry asked RAMOS-BURCIAGA where she was

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Dulce Isabel Ramos-Burciaga 3

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | | |
| | 3. File Title RAMOS-BURCIAGA, Dulce Isabel | |
| 4. Page 4 of 7 | | |
| 5. Program Code | 6. Date Prepared 08-05-2017 | |

traveling to and RAMOS-BURCIAGA said, "Where I'm going?" S/A Perry said yes. RAMOS-BURCIAGA said, "To Denver." S/A Perry asked RAMOS-BURCIAGA if she had here ticket with her and RAMOS-BURCIAGA said, "Yeah, sure." S/A Perry asked RAMOS-BURCIAGA for permission to see her ticket and RAMOS-BURCIAGA began to search for her ticket.

5. S/A Perry confirmed that RAMOS-BURCIAGA spoke English and RAMOS-BURCIAGA said, "Yeah." S/A Perry asked RAMOS-BURCIAGA where she was coming from and RAMOS-BURCIAGA said, "From Phoenix." S/A Perry asked RAMOS-BURCIAGA if she lived in Phoenix or Denver and RAMOS-BURCIAGA said, "No, Phoenix." RAMOS-BURCIAGA handed S/A Perry a Greyhound Bus ticket in the name of Dulce RAMOS. S/A Perry reviewed the Greyhound Bus ticket and immediately returned it to RAMOS-BURCIAGA. S/A Perry asked RAMOS-BURCIAGA if she had identification with her and RAMOS-BURCIAGA said, "Yeah, but what happened?" S/A Perry informed RAMOS-BURCIAGA that it was for security at the Greyhound Station and that Greyhound does not have security and that passengers are spoken to for security reasons. RAMOS-BURCIAGA said, "O.k."

6. S/A Perry asked RAMOS-BURCIAGA how long she was going to be in Denver and RAMOS-BURCIAGA said, "My friends are over there." S/A Perry observed that RAMOS-BURCIAGA did not answer the question about how long she was going to be in Denver. S/A Perry repeated the question and RAMOS-BURCIAGA said, "Uh, until the weekend." S/A Perry asked RAMOS-BURCIAGA if she was returning via the bus and RAMOS-BURCIAGA said, "Yeah." RAMOS-BURCIAGA handed S/A Perry a Mexican Passport in the name of Dulce Isabel RAMOS-BURCIAGA. S/A Perry reviewed the identification and immediately returned it to RAMOS-BURCIAGA. RAMOS-BURCIAGA asked S/A Perry if there was violence here and S/A Perry informed RAMOS-BURCIAGA that there was due to the lack of security that passengers can carry whatever they wish on the bus with them including weapons, illegal narcotics and anything illegal. RAMOS-BURCIAGA said that she had nothing like that.

7. S/A Perry asked RAMOS-BURCIAGA if she had traveled on the bus in the past and RAMOS-BURCIAGA said, "Yeah." S/A Perry asked RAMOS-BURCIAGA if she had been to Denver in the past and RAMOS-BURCIAGA said, "Yeah." S/A Perry asked RAMOS-BURCIAGA how long ago she traveled to Denver and RAMOS-BURCIAGA said, "Like in April, I think." RAMOS-BURCIAGA said that she was returning to Phoenix on Sunday night. S/A

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Dulce Isabel Ramos-Burciaga                                4

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title RAMOS-BURCIAGA, Dulce Isabel | |
| 4. Page 5 of 7 | | |
| 5. Program Code | 6. Date Prepared 08-05-2017 | |

Perry asked RAMOS-BURCIAGA if she had luggage with her and RAMOS-BURCIAGA said, "My, how can I say that." SA Perry said, " "Bag?" RAMOS-BURCIAGA said, "Yeah." S/A Perry asked RAMOS-BURCIAGA where it was located and RAMOS-BURCIAGA said, "Over there." RAMOS-BURCIAGA motioned towards that middle of the Greyhound Bus terminal. S/A Perry asked RAMOS-BURCIAGA if she could show S/A Perry where her bag was located and RAMOS-BURCIAGA stood up and walked to the seating area in the middle of the Greyhound Bus terminal and identified a black rolling style suitcase that was sitting behind a pillar by the seating area.

8. S/A Perry asked RAMOS-BURCIAGA if she had any weapons or anything illegal inside and RAMOS-BURCIAGA said, "No." S/A Perry asked RAMOS-BURCIAGA if she would consent for a search of her bag for contraband and RAMOS-BURCIAGA said, "Yeah, sure." S/A Perry asked RAMOS-BURCIAGA for permission to place her suitcase in one of the empty seats and RAMOS-BURCIAGA said, "Um-huh." S/A Perry placed RAMOS-BURCIAGA's black suitcase in an empty seat and conducted a search. S/A Perry asked RAMOS-BURCIAGA if she was staying with her friends in Denver and RAMOS said, "Yeah." S/A Pantoja walked up to the area behind where RAMOS-BURCIAGA was seated. S/A Perry informed RAMOS-BURCIAGA that S/A Pantoja was his partner. S/A Pantoja had a conversation with RAMOS-BURCIAGA as S/A Perry was searching the black suitcase. S/A Perry searched the black suitcase with negative results for contraband. S/A Perry asked RAMOS-BURCIAGA if she would like her black suitcase in it original location and RAMOS-BURCIAGA said, "Yeah, sure." S/A Perry placed the black suitcase in it original position by the pillar.

9. S/A Perry asked RAMOS-BURCIAGA if she had any other luggage with her besides her black suitcase and RAMOS-BURCIAGA said, "No, that's it." S/A Perry began to ask RAMOS-BURCIAGA about the black backpack that was on her upper back and RAMOS-BURCIAGA said, "Everything is good." S/A Perry said yes. S/A Perry asked RAMOS-BURCIAGA if the black backpack on her upper back was hers and RAMOS-BURCIAGA said yes. S/A Perry asked RAMOS-BURCIAGA for permission to search her backpack and RAMOS-BURCIAGA said, "Why?" S/A Perry said to make sure that she did not have anything illegal. RAMOS-BURCIAGA said, "I have nothing, what happened, I'm nervous right now." S/A Perry asked RAMOS-BURCIAGA if it was a purse or a backpack and RAMOS-BURCIAGA

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Dulce Isabel Ramos-Burciaga 5

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title RAMOS-BURCIAGA, Dulce Isabel | |
| 4. Page 6 of 7 | |
| 5. Program Code | 6. Date Prepared 08-05-2017 |

said, "My purse." S/A Perry asked RAMOS-BURCIAGA if she would give S/A Perry permission to search it or not. RAMOS-BURCIAGA again said, "But why?" S/A Perry again said to make sure that she did not have anything illegal inside.

10. S/A Perry determined that RAMOS-BURCIAGA was not answering the question and did not want to ask again. S/A Perry said, "Let me ask you this, since you're not answering the question, can you just open it up and show me the contents then without me searching it. Is that o.k. with you?" RAMOS-BURCIAGA said, "Yeah of course." RAMOS-BURCIAGA voluntarily removed the black backpack from her upper back, sat it in her lap and began to open up the smaller compartments. RAMOS-BURCIAGA began to move the items around inside of her backpack very quickly. S/A Perry had observed numerous passengers that were attempting to hide illegal narcotics act in the similar manner that RAMOS-BURCIAGA was acting as she moved the articles around in a nervous manner. S/A Perry asked RAMOS-BURCIAGA if she could take here stuff out of the backpack so S/A Perry could see in the bottom and RAMOS-BURCIAGA said, "Sure." S/A Perry observed RAMOS-BURCIAGA moving a pink colored makeup case back and forth and S/A Perry observed the top portion of a black electrical taped bundle that was oblong in shape lying inside of RAMOS-BURCIAGA's backpack. S/A Perry immediately knew from his experience that the black electrical taped, oblong shaped bundle was consistent with a bundle of illegal narcotics.

11. S/A Perry instructed RAMOS-BURCIAGA to stand up and sit down her purse. S/A Perry handcuffed RAMOS-BURCIAGA, thus placing her under arrest. RAMOS-BURCIAGA was removed from the Greyhound Bus Station, along with her personal property. S/A Perry, S/A Pantoja and S/A Nutley transported RAMOS-BURCIAGA to the DEA ADO, along with her personal property. RAMOS-BURCIAGA was placed into a temporary holding cell.

12. At the DEA ADO, S/A Perry, S/A Pantoja and S/A Nutley conducted a thorough search of RAMOS-BURCIAGA's black colored backpack and removed a total of two black electrical taped bundles, Exhibit 1, from inside. S/A Perry obtained various photographs of the process of removing Exhibit 1 from the black backpack. S/A Perry and S/A Pantoja weighed Exhibit 1, for a total weight of approximately 1.40 gross kilograms. S/A Pantoja cut into both bundles, which revealed a

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Dulce Isabel Ramos-Burciaga                    6

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title RAMOS-BURCIAGA, Dulce Isabel | |
| 4. Page 7 of 7 | |
| 5. Program Code | 6. Date Prepared 08-05-2017 |

brown colored powdery substance that field-tested positive for the presence of heroin. Exhibit 1 was processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

13. S/A Perry, S/A Pantoja and S/A Nutley processed RAMOS-BURCIAGA, which included fingerprints, photographs and a personal history form. During processing RAMOS-BURCIAGA stated that she was illegally in the United States. S/A Pantoja and S/A Nutley interviewed RAMOS-BURCIAGA, which was audio and video recorded.

14. S/A Perry prepared a federal complaint charging RAMOS-BURCIAGA with possession of over one kilogram of heroin with intent to distribute, which was telephonically approved by AUSA Kimberly Brawley. RAMOS-BURCIAGA was transported to the Sandoval County Detention Center for processing and temporary housing. RAMOS-BURCIAGA appeared for her various court appearances at the Federal Courthouse in Albuquerque, New Mexico and was remanded into the custody of the US Marshals Service pending further court proceedings.

**INDEXING**

1.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Dulce Isabel Ramos-Burciaga  7