| COUPON_FROM | CF | COUPON_TO | CT | TICKET_FROM | TF | TICKET_TO | TT | PAIDBY | TR | LNAME | FNAME | M | CAR | TICKET | ON_OFF | SCHED | SECT | BUS | SCHED_START | DRIVER_NAME | DRIVER_NO | SCHED_FROM | SF | SCHED_TO | ST | ENVELOPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMARILLO | TX | OKLAHOMA CITY | OK | COLORADO SPRINGS | CO | OKLAHOMA CITY | OK | OTHER | OW | YARBOROUGH | JEFFREY | | GLI | 40630159 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| AMARILLO | TX | OKLAHOMA CITY | OK | ROSWELL | NM | MELBOURNE | FL | OTHER | OW | FLORES | MARIA | | GLI | 40618483 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| AMARILLO | TX | OKLAHOMA CITY | OK | ROSWELL | NM | MELBOURNE | FL | OTHER | OW | FLORES | ELVIRA | | GLI | 40618484 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| AMARILLO | TX | OKLAHOMA CITY | OK | BURLEY | ID | MEMPHIS | TN | OTHER | OW | MENDOZA | RITA | | GLI | 40586891 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | OKLAHOMA CITY | OK | ALBUQUERQUE | NM | ORLANDO | FL | OTHER | OW | SIMOZA VASQUEZ | GABRIELA | | GLI | 40539036 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | KILLEEN | TX | OTHER | OW | MCKISSACK | TERRANCE | | GLI | 40615588 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| AMARILLO | TX | OKLAHOMA CITY | OK | OLYMPIA | WA | OKLAHOMA CITY | OK | OTHER | OW | CONWAY | ADRIAN | | GLI | 40615144 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| AMARILLO | TX | OKLAHOMA CITY | OK | AMARILLO | TX | BOWLING GREEN | KY | OTHER | OW | BRAGG | LYNZI | | GLI | 40240110 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | AMARILLO | TX | CASH/CHECK | OW | RODRIGUEZ | NOEMI | | GLI | 40417933 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | BEAUMONT VIDOR | TX | OTHER | OW | HINSON | ELIZABETH | | GLI | 40639746 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | HOUSTON | TX | OTHER | OW | KARREMAN | MICHAEL | | GLI | 40359156 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | BATON ROUGE | LA | OTHER | OW | KAGLER | MALISSA | | GLI | 40640149 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | BATON ROUGE | LA | OTHER | OW | MYERS | CIERRA | | GLI | 40640151 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | BATON ROUGE | LA | OTHER | OW | MYERS | HOZAIAH | | GLI | 40640150 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | BATON ROUGE | LA | OTHER | OW | MYERS | TYLER | | GLI | 40640372 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| PHOENIX | AZ | OKLAHOMA CITY | OK | PHOENIX | AZ | OKLAHOMA CITY | OK | OTHER | OW | MORGAN | MARCUS | | GLI | 40676934 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | OKLAHOMA CITY | OK | ALBUQUERQUE | NM | IOWA CITY | IA | CASH/CHECK | OW | WAENGE | ILUIELO | | GLI | 40570142 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | FT WORTH | TX | ALBUQUERQUE | NM | OTHER | RT | FRANSICO | BANUELOS | | GLI | 40460488 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | HOT SPRINGS | AR | CASH/CHECK | OW | BOONE | MARCUS | | GLI | 40668504 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | CASH/CHECK | OW | HAWKINS | LONNETTA | | GLI | 40670305 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | AMARILLO | TX | CASH/CHECK | OW | NORORA | LIBATA | | GLI | 40672836 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |
| ALBUQUERQUE | NM | AMARILLO | TX | ALBUQUERQUE | NM | AMARILLO | TX | CASH/CHECK | OW | NJYONZIMA | PATIENT | | GLI | 40672837 | ONLINE | 1364 | | 1 6505 | 8/4/2017 11:15 | OROSCO | 387817 | ALBUQUERQUE | NM | OKLAHOMA CITY | OK | 51530721 |

22 rows selected.



**DEFENDANT'S EXHIBIT B**

| OBJECT_R | PAGE | SALES_DATETIME | CONF_NBR | COM | FOR | CO | S | SELLER | PA | TERMINAL | CD_VOL | DIR_1 | DIR_2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24875558 | 3 | 8/2/2017 19:14 | 1744197028 | 1 | 29 | 2 | T | 3624 | AD | JS3624D | GT019481 | 48776 | 24875558 |
| 24875558 | 4 | 8/2/2017 14:43 | 1744161699 | 1 | 29 | 2 | T | 3624 | AD | JS3624B | GT019481 | 48776 | 24875558 |
| 24875558 | 5 | 8/2/2017 14:43 | 1744161699 | 1 | 29 | 2 | T | 3624 | C5 | JS3624B | GT019481 | 48776 | 24875558 |
| 24875558 | 6 | 8/3/2017 10:44 | 1744064822 | 1 | 29 | 3 | T | 3669 | AD | NBTS3669A | GT019481 | 48776 | 24875558 |
| 24875558 | 7 | 7/31/2017 19:17 | 1743924600 | 1 | 29 | 1 | T | 3624 | AD | PCCADM3624L | GT019481 | 48776 | 24875558 |
| 24875558 | 8 | 8/2/2017 13:49 | 1744154175 | 1 | 29 | 1 | T | 3624 | AD | JS3624M | GT019481 | 48776 | 24875558 |
| 24875558 | 9 | 8/2/2017 14:03 | 1744153213 | 1 | 29 | 4 | T | 7883 | AD | OLYT001 | GT019481 | 48776 | 24875558 |
| 24875558 | 10 | 8/4/2017 15:41 | 1743012315 | 1 | 29 | 1 | T | 6852 | AD | AMRT001 | GT019481 | 48776 | 24875558 |
| 24875558 | 11 | 7/28/2017 15:51 | 1743561942 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 12 | 8/4/2017 10:57 | 1744227325 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 13 | 7/27/2017 10:58 | 1743386596 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 14 | 8/3/2017 0:30 | 1744228980 | 1 | 29 | 1 | T | 8406 | AD | ABQT002 | GT019481 | 48776 | 24875558 |
| 24875558 | 15 | 8/3/2017 0:30 | 1744228980 | 1 | 29 | 1 | T | 8406 | C5 | ABQT002 | GT019481 | 48776 | 24875558 |
| 24875558 | 16 | 8/3/2017 0:30 | 1744228980 | 1 | 29 | 1 | T | 8406 | AD | ABQT002 | GT019481 | 48776 | 24875558 |
| 24875558 | 17 | 8/3/2017 0:30 | 1744228980 | 1 | 29 | 1 | T | 8406 | C5 | ABQT002 | GT019481 | 48776 | 24875558 |
| 24875558 | 18 | 8/3/2017 18:36 | 1744334199 | 1 | 25 | 1 | T | 8614 | AD | PHXT004 | GT019481 | 48776 | 24875558 |
| 24875558 | 19 | 8/1/2017 13:30 | 1744016788 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 20 | 7/29/2017 18:00 | 1743683113 | 1 | 29 | 3 | T | 6859 | AD | FTWT002 | GT019481 | 48776 | 24875558 |
| 24875558 | 21 | 8/3/2017 15:25 | 1744309630 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 22 | 8/3/2017 15:55 | 1744312779 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 23 | 8/3/2017 16:53 | 1744320296 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019481 | 48776 | 24875558 |
| 24875558 | 24 | 8/3/2017 16:53 | 1744320296 | 1 | 29 | 1 | T | 8406 | C5 | ABQT003 | GT019481 | 48776 | 24875558 |

| COUPON_FROM | CF | COUPON_TO | CT | TICKET_FROM | TF | TICKET_TO | TT | PAIDBY | TR | LNAME | FNAME | M | CAR | TICKET | ON_OFF | SCHED | SECT | BUS | SCHED_START | DRIVER_NAME | DRIVER_NO | SCHED_FROM | SF | SCHED_TO | ST | ENVELOPE | OBJECT_R | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX | AZ | ALBUQUERQUE | NM | ALBUQUERQUE | NM | PHOENIX | AZ | OTHER | RT | HERNANDEZ | OMAR ALEJ | | GLI | 40624617 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 3 |
| GRANTS | NM | ALBUQUERQUE | NM | GRANTS | NM | ALBUQUERQUE | NM | CASH/CHECK | OW | JARAMILOO | D | | GLI | 40703853 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 4 |
| FLAGSTAFF | AZ | ALBUQUERQUE | NM | FLAGSTAFF | AZ | ALBUQUERQUE | NM | CASH/CHECK | OW | JACKSON | DALE | | GLI | 40676912 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 5 |
| PHOENIX | AZ | ALBUQUERQUE | NM | TUCSON | AZ | ALBUQUERQUE | NM | OTHER | OW | MARTINEZ | BETTY | | GLI | 40637482 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 6 |
| PHOENIX | AZ | ALBUQUERQUE | NM | PHOENIX | AZ | ALBUQUERQUE | NM | OTHER | OW | BARROR | JAMES | | GLI | 40639475 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 7 |
| PHOENIX | AZ | ALBUQUERQUE | NM | PHOENIX | AZ | ALBUQUERQUE | NM | OTHER | OW | VAUGHAN | JEANETTE | | GLI | 40639474 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 8 |
| PHOENIX | AZ | ALBUQUERQUE | NM | PHOENIX | AZ | ALBUQUERQUE | NM | OTHER | OW | SNIDER | KALE | | GLI | 40617611 | ONLINE | 1364 | 1 | 6505 | 8/3/2017 23:30 | UNKNOWN | 0 | PHOENIX | AZ | ALBUQUERQUE | NM | 56321034 | 24854851 | 9 |

7 rows selected.

| SALES_DATETIME | CONF_NBR | COM | FOR | CO | S | SELLER | PA | TERMINAL | CD_VOL | DIR_1 | DIR_2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/2/2017 17:00 | 1744180004 | 1 | 29 | 2 | T | 3624 | AD | JS3624Q | GT019461 | 48735 | 24854851 |
| 8/4/2017 10:55 | 1744413741 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019461 | 48735 | 24854851 |
| 8/3/2017 18:30 | 1744334275 | 1 | 29 | 1 | T | 3770 | AD | FLGT001 | GT019461 | 48735 | 24854851 |
| 8/2/2017 22:23 | 1744217535 | 1 | 29 | 2 | T | 8615 | SC | TUCT003 | GT019461 | 48735 | 24854851 |
| 8/4/2017 4:06 | 1744227729 | 1 | 29 | 1 | T | 3770 | AD | FLGT001 | GT019461 | 48735 | 24854851 |
| 8/4/2017 4:06 | 1744227729 | 1 | 29 | 1 | T | 3770 | AD | FLGT001 | GT019461 | 48735 | 24854851 |
| 8/4/2017 10:49 | 1744158826 | 1 | 29 | 1 | T | 8406 | AD | ABQT003 | GT019461 | 48735 | 24854851 |

| COUPON_FROM | CF | COUPON_TO | CT | TICKET_FROM | TF | TICKET_TO | TT | PAIDBY | TR | LNAME | FNAME | M | CAR | TICKET | ON_OFF | SCHED | SECT | BUS | SCHED_START | DRIVER_NAME | DRIVER_NO | SCHED_FROM | SF | SCHED_TO | ST | ENVELOPE | OBJECT_R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX | AZ | FLAGSTAFF | AZ | TUCSON | AZ | FLAGSTAFF | AZ | OTHER | OW | MEDINA | CHRISTINA | | GLI | 40583988 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | HOLBROOK | AZ | TUCSON | AZ | HOLBROOK | AZ | OTHER | RT | CHASE | JOSHUA | | GLI | 40362893 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | GLENDALE | AZ | EL PASO | TX | GLENDALE | AZ | OTHER | OW | ROBINSON | JOSEPH | | GLI | 40643866 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | GLENDALE | AZ | TUCSON | AZ | GLENDALE | AZ | OTHER | RT | TORO | BRIAN | | GLI | 40667310 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| LOS ANGELES | CA | AMARILLO | TX | VISALIA | CA | DUMAS | TX | CASH/CHECK | OW | HEREDIA RUELAS | EVA | | GLI | 40579883 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | GLENDALE | AZ | TUCSON | AZ | GLENDALE | AZ | OTHER | RT | TORO | MORISTO | | GLI | 40635693 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | RT | FORD | KENNETH | | GLI | 40590844 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| GALLUP | NM | ALBUQUERQUE | NM | ALBUQUERQUE | NM | GALLUP | NM | CASH/CHECK | RT | SANCHEZ | JOHNNY | | GLI | 40647632 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | ALBUQUERQUE | NM | PHOENIX | AZ | ALBUQUERQUE | NM | OTHER | OW | DURAN | CHRISTOPH | | GLI | 40672377 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | OW | URE | MIRANDA | | GLI | 40626745 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| GALLUP | NM | ALBUQUERQUE | NM | GALLUP | NM | ALBUQUERQUE | NM | CASH/CHECK | OW | BUCKINGHORSE | LAWREN | | GLI | 40683381 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| GLENDALE | AZ | CAMP VERDE | AZ | GLENDALE | AZ | SAN FRANCISCO | CA | OTHER | OW | NATHAN | GILBERT | | GLI | 40661204 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | ALBUQUERQUE | NM | EL CENTRO | CA | ALBUQUERQUE | NM | OTHER | OW | BARTH MCREADY | JENNIFER | | GLI | 40610847 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | FLAGSTAFF | AZ | LOS ANGELES | CA | FLAGSTAFF | AZ | OTHER | OW | KONYA | KINGA | | GLI | 40592708 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| | | | | | | | | | | | | | | 40592709 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | RT | KNOELL | BRYAN | | GLI | 40622095 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | RT | LONG | DOMINIQUE | | GLI | 40622094 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |
| GLENDALE | AZ | FLAGSTAFF | AZ | GLENDALE | AZ | FLAGSTAFF | AZ | CASH/CHECK | OW | NASTACIO | ERIC | | GLI | 40582501 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 16:55 | FRAZIER | 174078 | PHOENIX | AZ | ALBUQUERQUE | NM | 57599102 | 24854339 |

18 rows selected.

| PAGE | SALES_DATETIME | CONF_NBR | COM | FOR | CO | S | SELLER | PA | TERMINAL | CD_VOL | DIR_1 | DIR_2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 8/1/2017 18:20 | 1744055622 | 1 | 29 | 2 | T | 3624 | AD | JS3624N | GT019460 | 48734 | 24854339 |
| 4 | 8/3/2017 15:22 | 1743396971 | 1 | 29 | 2 | T | 8615 | AD | TUCT002 | GT019460 | 48734 | 24854339 |
| 5 | 8/3/2017 6:28 | 1744240049 | 1 | 25 | 2 | T | 6858 | AD | ELPE004 | GT019460 | 48734 | 24854339 |
| 6 | 8/3/2017 15:19 | 1744308575 | 1 | 25 | 2 | T | 8615 | AD | TUCT002 | GT019460 | 48734 | 24854339 |
| 7 | 8/1/2017 17:01 | 1744045641 | 1 | 29 | 2 | T | 4849 | AD | VIST001 | GT019460 | 48734 | 24854339 |
| 8 | 8/3/2017 15:13 | 1744213470 | 1 | 29 | 2 | T | 8615 | AD | TUCT002 | GT019460 | 48734 | 24854339 |
| 9 | 8/3/2017 18:11 | 1744077563 | 1 | 29 | 1 | T | 8614 | AD | PHXT004 | GT019460 | 48734 | 24854339 |
| 10 | 8/3/2017 8:33 | 1744249726 | 1 | 29 | 2 | T | 8406 | AD | ABQT003 | GT019460 | 48734 | 24854339 |
| 11 | 8/3/2017 17:08 | 1744322994 | 1 | 25 | 1 | T | 8614 | AD | PHXT004 | GT019460 | 48734 | 24854339 |
| 12 | 8/3/2017 17:45 | 1744185807 | 1 | 29 | 1 | T | 8614 | AD | PHXT004 | GT019460 | 48734 | 24854339 |
| 13 | 8/3/2017 21:17 | 1744354773 | 1 | 29 | 1 | T | 3790 | AD | GALT001 | GT019460 | 48734 | 24854339 |
| 14 | 8/3/2017 13:03 | 1744287527 | 1 | 29 | 1 | T | 8755 | AD | PXNT001 | GT019460 | 48734 | 24854339 |
| 15 | 8/2/2017 16:50 | 1744140461 | 1 | 29 | 2 | T | 3746 | AD | ELCT001 | GT019460 | 48734 | 24854339 |
| 16 | 8/3/2017 9:00 | 1744082790 | 1 | 29 | 2 | T | 722 | AD | LADK002 | GT019460 | 48734 | 24854339 |
| 17 |  |  | 1 | 29 | 3 |  | 0 |  |  | GT019460 | 48734 | 24854339 |
| 18 | 8/3/2017 17:47 | 1744171824 | 1 | 29 | 1 | T | 3545 | AD | PHXK002 | GT019460 | 48734 | 24854339 |
| 19 | 8/3/2017 17:47 | 1744171824 | 1 | 29 | 1 | T | 3545 | AD | PHXK002 | GT019460 | 48734 | 24854339 |
| 20 | 8/1/2017 17:51 | 1744016306 | 1 | 29 | 1 | T | 3473 | AD | PNM001 | GT019460 | 48734 | 24854339 |

| COUPON_FROM | CF | COUPON_TO | CT | TICKET_FROM | TF | TICKET_TO | TT | PAIDBY | TR | LNAME | FNAME | M | CAR | TICKET | ON_OFF | SCHED | SECT | BUS | SCHED_START | DRIVER_NAME | DRIVER_NO | SCHED_FROM | SF | SCHED_TO | ST | ENVELOPE | OBJECT_R | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLYTHE | CA | PHOENIX | AZ | BLYTHE | CA | PHOENIX | AZ | OTHER | OW | GOMEZ | PEDRO | | GLI | 40665905 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 3 |
| CLAREMONT | CA | PHOENIX | AZ | CLAREMONT | CA | PHOENIX | AZ | OTHER | RT | PONCE | ALINA | | GLI | 40581968 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 4 |
| BLYTHE | CA | PHOENIX | AZ | BLYTHE | CA | PHOENIX | AZ | CASH/CHECK | OW | CAVAZOS | JUANITA | | GLI | 40661382 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 5 |
| LOS ANGELES | CA | SAN BERNARDINO | CA | LOS ANGELES | CA | SAN BERNARDINO | CA | OTHER | OW | TORRES | AMY | | GLI | 40571987 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 6 |
| LOS ANGELES | CA | CLAREMONT | CA | SAN JOSE | CA | CLAREMONT | CA | OTHER | OW | ANGUIANO-ROBLES | KATHYA | | GLI | 40549195 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 7 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | LUBBOCK | TX | OTHER | RT | GUZMAN | MARIA E | | GLI | 38762352 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 8 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | OTHER | RT | VICTOR | MUTHIAH | | GLI | 40654745 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 9 |
| RIVERSIDE | CA | PHOENIX | AZ | RIVERSIDE | CA | PHOENIX | AZ | OTHER | OW | MUTHIAH | JANELLE | | GLI | 39774799 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 10 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | OTHER | OW | MILLER | UMUNIQUE | | GLI | 40626785 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 11 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | OTHER | OW | MILLER | DESIRAY | | GLI | 40626786 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 12 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | OTHER | OW | MACIAS | DAVID | | GLI | 40647823 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 13 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | CASH/CHECK | RT | MENDOZA | GABRIEL | | GLI | 40566629 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 14 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | CASH/CHECK | RT | MAYEN | KATIE | | GLI | 40566630 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 15 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | OTHER | RT | LAURICH | THOMAS | | GLI | 40651882 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 16 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | BEJAN | CORNEL | | GLI | 40644224 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 17 |
| INDIO | CA | PHOENIX | AZ | INDIO | CA | ABILENE | TX | OTHER | OW | WELLS | JACOB | | GLI | 40655433 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 18 |
| EL MONTE | CA | PHOENIX | AZ | EL MONTE | CA | PHOENIX | AZ | OTHER | OW | DURON | ESPERANZ | | GLI | 40649946 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 19 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | CASH/CHECK | OW | CRUZ VAIDEZ | GENOVEVA | | GLI | 40642434 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 20 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | EL PASO | TX | OTHER | OW | SOSA | JERRY | | GLI | 40643361 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 21 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | TOTESORA | EDNA | | GLI | 40641941 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 22 |
| CLAREMONT | CA | PHOENIX | AZ | CLAREMONT | CA | PHOENIX | AZ | CASH/CHECK | OW | HERRERA | TOMASA | | GLI | 40650592 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 23 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | YARBROUGH | LUECHA | | GLI | 40643178 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 24 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | GOLVEQUE | ANDRE J. | | GLI | 40642086 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 25 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | ESTERLINA | MATSON | | GLI | 40642087 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 26 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | ENRIQUEZ | FELIX B. | | GLI | 40641937 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 27 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | PASTORIZA | KENT F. | | GLI | 40642082 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 28 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | JR. FORTUOZA | CARLOS | | GLI | 40642084 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 29 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | MURAMATSU | RALPH B. | | GLI | 40642083 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 30 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | JR. BATISTIL | ALEXANDER | | GLI | 40642089 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 31 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | MANOLO | JACK J. | | GLI | 40642090 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 32 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | TOTESORA | RIGEL | | GLI | 40642091 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 33 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | ALVIZO | CARLOS | | GLI | 40642085 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 34 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | R. BATISTIL | ALEXIS J. | | GLI | 40642088 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 35 |
| SAN BERNARDINO | CA | PHOENIX | AZ | SAN BERNARDINO | CA | PHOENIX | AZ | CASH/CHECK | OW | ARCOS | JESUS | | GLI | 40629305 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 36 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | KERSEY | SHAWN | | GLI | 40641921 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 37 |
| LOS ANGELES | CA | PHOENIX | AZ | LOS ANGELES | CA | PHOENIX | AZ | OTHER | OW | ARROYO | ALEXANDER | | GLI | 40642787 | ONLINE | 1360 | 1 | 86308 | 8/3/2017 7:00 | WELCH | 479521 | LOS ANGELES | CA | PHOENIX | AZ | 57599091 | 24857550 | 38 |

36 rows selected.

| SALES_DATETIME | CONF_NBR | COM | FOR | CO | S | SELLER | PA | TERMINAL | CD_VOL | DIR_1 | DIR_2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2017 14:30 | 1744300278 | 1 | 25 | 1 | T | 3654 | AD | NBTS3654B | GT019470 | 48740 | 24857550 |
| 8/1/2017 17:36 | 1744050224 | 1 | 29 | 1 | T | 3624 | AD | JS3624D | GT019470 | 48740 | 24857550 |
| 8/3/2017 13:16 | 1744287801 | 1 | 29 | 1 | T | 3654 | AD | NBTS3654B | GT019470 | 48740 | 24857550 |
| 8/1/2017 13:57 | 1744020786 | 1 | 29 | 1 | T | 3624 | AD | JS3624Q | GT019470 | 48740 | 24857550 |
| 8/1/2017 1:17 | 1743956450 | 1 | 29 | 2 | T | 3624 | AD | JS3624O | GT019470 | 48740 | 24857550 |
| 7/24/2017 11:21 | 1738562070 | 1 | 29 | 1 | T | 3624 | SC | JS3624P | GT019470 | 48740 | 24857550 |
| 8/3/2017 11:07 | 1744269738 | 1 | 29 | 1 | T | 4599 | AD | SBNT002 | GT019470 | 48740 | 24857550 |
| 7/12/2017 18:55 | 1741612692 | 1 | 29 | 1 | T | 8614 | SC | PHXT003 | GT019470 | 48740 | 24857550 |
| 8/3/2017 10:12 | 1744186562 | 1 | 29 | 1 | T | 4599 | AD | SBNT002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 10:12 | 1744186562 | 1 | 29 | 1 | T | 4599 | C5 | SBNT002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 10:51 | 1744250766 | 1 | 29 | 1 | T | 4599 | AD | SBNT001 | GT019470 | 48740 | 24857550 |
| 8/1/2017 12:11 | 1744005075 | 1 | 29 | 1 | T | 4599 | AD | SBNT002 | GT019470 | 48740 | 24857550 |
| 8/1/2017 12:11 | 1744005075 | 1 | 29 | 1 | T | 4599 | SC | SBNT002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 10:10 | 1744262048 | 1 | 29 | 1 | T | 4599 | AD | SBNT001 | GT019470 | 48740 | 24857550 |
| 8/3/2017 6:35 | 1744240786 | 1 | 25 | 1 | T | 8930 | AD | LADT008 | GT019470 | 48740 | 24857550 |
| 8/3/2017 11:14 | 1744269974 | 1 | 25 | 1 | T | 3847 | AD | IDOT001 | GT019470 | 48740 | 24857550 |
| 8/3/2017 9:29 | 1744256899 | 1 | 29 | 1 | T | 3747 | SC | ELET001 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:56 | 1744235338 | 1 | 29 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 5:49 | 1744238438 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:10 | 1744233876 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 9:40 | 1744257089 | 1 | 29 | 1 | T | 4907 | SC | CLAT001 | GT019470 | 48740 | 24857550 |
| 8/3/2017 5:25 | 1744237766 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:10 | 1744233876 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:16 | 1744234670 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 2:56 | 1744233874 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:10 | 1744233876 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:10 | 1744233876 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:10 | 1744233876 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:16 | 1744234670 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:16 | 1744234670 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:16 | 1744234670 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:10 | 1744233876 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:16 | 1744234670 | 1 | 25 | 1 | T | 8930 | AD | LADE002 | GT019470 | 48740 | 24857550 |
| 8/2/2017 19:20 | 1744068710 | 1 | 29 | 1 | T | 3473 | SC | PNM014 | GT019470 | 48740 | 24857550 |
| 8/3/2017 3:49 | 1744234226 | 1 | 29 | 1 | T | 722 | AD | LADK001 | GT019470 | 48740 | 24857550 |
| 8/3/2017 8:45 | 1744236425 | 1 | 29 | 1 | T | 722 | AD | LADK002 | GT019470 | 48740 | 24857550 |

| COUPON_FROM | CF | COUPON_TO | CT | TICKET_FROM | TF | TICKET_TO | TT | PAIDBY | TR | LNAME | FNAME | M | CAR | TICKET | ON_OFF | SCHED | SECT | BUS | SCHED_START | DRIVER_NAME | DRIVER_NO | SCHED_FROM | SF | SCHED_TO | ST | ENVELOPE | OBJECT_R | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | OW | CHENG | ANGELA KE | | GLI | 39630688 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 3 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | OW | ASMURI | HANY HUMA | | GLI | 40456393 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 4 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | RT | CHIUTENA | MA A NGEL | | GLI | 40673466 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 5 |
| GLENDALE | AZ | FLAGSTAFF | AZ | GLENDALE | AZ | FLAGSTAFF | AZ | OTHER | OW | CURLEY | YOLANDA | | GLI | 40711130 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 6 |
| | | | | | | | | | | | | | | 39630686 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 7 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | OW | THAM | KERYL JIA | | GLI | 39630687 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 8 |
| FLAGSTAFF | AZ | GALLUP | NM | FLAGSTAFF | AZ | GALLUP | NM | OTHER | OW | DENETDALE | ALFREA | | GLI | 40721301 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 9 |
| FLAGSTAFF | AZ | GALLUP | NM | FLAGSTAFF | AZ | GALLUP | NM | OTHER | OW | BENNETT | MARCUS | | GLI | 40721302 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 10 |
| GLENDALE | AZ | FLAGSTAFF | AZ | GLENDALE | AZ | FLAGSTAFF | AZ | CASH/CHECK | OW | BOONE | GREGORY | | GLI | 40728890 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 11 |
| GLENDALE | AZ | GALLUP | NM | GLENDALE | AZ | GALLUP | NM | CASH/CHECK | OW | CURLEY | THEO | | GLI | 40729443 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 12 |
| GLENDALE | AZ | FLAGSTAFF | AZ | GLENDALE | AZ | FLAGSTAFF | AZ | CASH/CHECK | OW | HENRY | YAZZIE | | GLI | 40699147 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 13 |
| PHOENIX | AZ | FLAGSTAFF | AZ | TUCSON | AZ | FLAGSTAFF | AZ | OTHER | RT | KARETA | THEODORE | | GLI | 40610075 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 14 |
| PHOENIX | AZ | FLAGSTAFF | AZ | TUCSON | AZ | FLAGSTAFF | AZ | OTHER | OW | RUIZ | BEATRIZ | | GLI | 40712868 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 15 |
| PHOENIX | AZ | GLENDALE | AZ | SAN DIEGO | CA | GLENDALE | AZ | OTHER | OW | MILLER | ANDREW | | GLI | 40586789 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 16 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | OW | WHITE | WES | | GLI | 40679507 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 17 |
| PHOENIX | AZ | GLENDALE | AZ | TUCSON | AZ | GLENDALE | AZ | CASH/CHECK | OW | NAJERA | NICK | | GLI | 40715089 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 18 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | OW | JOHNICO | CINDI | | GLI | 40728492 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 19 |
| LOS ANGELES | CA | ALBUQUERQUE | NM | LOS ANGELES | CA | ALBUQUERQUE | NM | OTHER | OW | KELLY | JEFF | | GLI | 40691828 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 20 |
| PHOENIX | AZ | HOLBROOK | AZ | PHOENIX | AZ | HOLBROOK | AZ | OTHER | OW | SMITH | RUSSELL | | GLI | 40702694 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 21 |
| PHOENIX | AZ | ALBUQUERQUE | NM | PHOENIX | AZ | ALBUQUERQUE | NM | OTHER | OW | MORA | ANDREW | | GLI | 40701151 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 22 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | OTHER | RT | BEKAY JR | DENNIS | | GLI | 40687720 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 23 |
| PHOENIX | AZ | FLAGSTAFF | AZ | PHOENIX | AZ | FLAGSTAFF | AZ | CASH/CHECK | OW | PESCADOR | BERNARDO | | GLI | 40721523 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 24 |
| PHOENIX | AZ | HOLBROOK | AZ | PHOENIX | AZ | HOLBROOK | AZ | OTHER | OW | SMITH | BRADLEY | | GLI | 40702695 | ONLINE | 1360 | | 6388 | 8/4/2017 16:55 | POWELL | 473553 | PHOENIX | AZ | ALBUQUERQUE | NM | 49866806 | 24861730 | 25 |

23 rows selected.

| SALES_DATETIME | CONF_NBR | COM | FOR | CO | S | SELLER | PA | TERMINAL | CD_VOL | DIR_1 | DIR_2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/9/2017 3:07 | 1741166077 | 1 | 29 | 1 | T | 3624 | AD | JS3624H | GT019465 | 48748 | 24861730 |
| 7/29/2017 15:44 | 1743672299 | 1 | 29 | 1 | T | 3624 | AD | JS3624G | GT019465 | 48748 | 24861730 |
| 8/3/2017 17:18 | 1744325041 | 1 | 29 | 1 | T | 3624 | AD | JS3624O | GT019465 | 48748 | 24861730 |
| 8/4/2017 13:07 | 1744436394 | 1 | 29 | 1 | T | 3624 | AD | JS3624E | GT019465 | 48748 | 24861730 |
| | | 1 | 29 | 3 | | 0 | | | GT019465 | 48748 | 24861730 |
| 7/9/2017 3:07 | 1741166077 | 1 | 29 | 1 | T | 3624 | AD | JS3624H | GT019465 | 48748 | 24861730 |
| 8/4/2017 16:24 | 1744465882 | 1 | 25 | 1 | T | 3770 | AD | FLGT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 16:24 | 1744465882 | 1 | 25 | 1 | T | 3770 | AD | FLGT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 18:53 | 1744484918 | 1 | 29 | 1 | T | 8755 | AD | PXNT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 19:09 | 1744486549 | 1 | 29 | 1 | T | 8755 | AD | PXNT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 9:32 | 1744401931 | 1 | 29 | 1 | T | 8755 | AD | PXNT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 14:59 | 1744136914 | 1 | 29 | 2 | T | 8615 | AD | TUCT002 | GT019465 | 48748 | 24861730 |
| 8/4/2017 15:20 | 1744439366 | 1 | 29 | 2 | T | 8615 | AD | TUCT002 | GT019465 | 48748 | 24861730 |
| 8/4/2017 8:29 | 1744064906 | 1 | 29 | 2 | T | 8946 | AD | SDOT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 18:44 | 1744342041 | 1 | 29 | 1 | T | 8614 | AD | PHXT004 | GT019465 | 48748 | 24861730 |
| 8/4/2017 14:22 | 1744447325 | 1 | 29 | 2 | T | 8615 | AD | TUCT002 | GT019465 | 48748 | 24861730 |
| 8/4/2017 18:39 | 1744483776 | 1 | 29 | 1 | T | 3545 | AD | PHXK002 | GT019465 | 48748 | 24861730 |
| 8/4/2017 5:13 | 1744381962 | 1 | 25 | 1 | T | 8930 | AD | LADT009 | GT019465 | 48748 | 24861730 |
| 8/4/2017 10:39 | 1744413230 | 1 | 25 | 1 | T | 8614 | AD | PHXT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 12:03 | 1744408899 | 1 | 29 | 1 | T | 8614 | AD | PHXT004 | GT019465 | 48748 | 24861730 |
| 8/4/2017 17:32 | 1744367511 | 1 | 29 | 1 | T | 8614 | AD | PHXT004 | GT019465 | 48748 | 24861730 |
| 8/4/2017 16:16 | 1744464858 | 1 | 29 | 1 | T | 8614 | AD | PHXT001 | GT019465 | 48748 | 24861730 |
| 8/4/2017 10:39 | 1744413230 | 1 | 25 | 1 | T | 8614 | SC | PHXT001 | GT019465 | 48748 | 24861730 |